## WALKER *vs.* VALE ROYAL MANUFACTURING CO.

Case, from City Court of Savannah. Charge of Court. Contracts. Principal and Agent. (Before Judge Harden.)

Jackson, C. J.—1. It is only when there is no evidence of a vital controlling link in the chain of facts necessary to make out the plaintiff's case, that a direction by the judge to the jury to find for the defendant is permissible. But where a suit was brought for a breach of a contract alleged to have been made by an agent, and there was no proof whatever of the agency, such a charge will not require a reversal.

2. The fact that the person alleged to have been the agent of the defendant at the time of the original employment, but of which there was no proof, was subsequently the superintendent of the defendant company, and that the plaintiff was employed under him by the day, subject to be discharged at the option of the superintendent, was no ratification of a contract of permanent employment claimed to have been

formerly made by the agent and for a higher price.    Hobby *vs.* Alford. (September term, 1884, pamphlet, page 6.)

Judgment affirmed.

W. H. Wade, for plaintiff in error.

Lester & Ravenel, for defendant.